# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09-cv-367

| | |
|---|---|
| LENDINGTREE, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MORTECH, INC., ) | |
|     Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Motion to Seal. (Doc. No. 3). Having considered Plaintiff's motion, and for good cause shown, the Court orders as follows:

1. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 4), and any documents related to its Motion for Temporary Restraining Order and Preliminary Injunction, shall be placed under seal and shall remain sealed until further order of this Court;

2. Subsequent to the execution of this Order, and pursuant to Western District of North Carolina Local Rule 6.1(H)(2), access to documents in this matter shall be provided by the Clerk only pursuant to Court Order, and no copies shall be made unless otherwise ordered by the Court;

3. Once sealed, before the Clerk provides access to or copies of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, and any documents related to its Motion for Temporary Restraining Order and Preliminary Injunction, to any person, notice of the Court's intent to provide such access or copies shall be made in writing to Counsel for Plaintiff:

> Mark Vasco, Esq.
> Bank of America Plaza
> 101 South Tryon Street, Suite 4000
> Charlotte, North Carolina, 28280-4000
> Telephone: (704) 444-1000
> Facsimile: (704) 444-1111
> Email: mark.vasco@alston.com

The Plaintiff shall have ten days, or such other time as directed by the Court, from the mailing of such notice to intervene to prevent such disclosure before any such access and/or copies are made.

Signed: August 27, 2009

Robert J. Conrad, Jr.
Chief United States District Judge