UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-367

| | |
|---|---|
| LENDINGTREE, LLC, )<br>  Plaintiff, )<br>)<br>v. )<br>)<br>MORTECH, INC., )<br>  Defendant. )<br>) | ORDER |

THIS MATTER is before the Court upon Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction. (Doc. No. 4). The Court set a hearing on the motion for September 2, 2009.

IT IS THEREFORE ORDERED that Defendant file its Response brief by August 31, 2009. The Clerk shall serve this Order by mail and via email address to Larry Karel, attorney for Defendant.

Signed: August 27, 2009

Robert J. Conrad, Jr.
Chief United States District Judge