UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-367

| | | |
|---|---|---|
| LENDINGTREE, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MORTECH, INC., | ) | |
| Defendant. | ) | |
| | ) | |

FOR GOOD CAUSE SHOWN, and on Application of Counsel for Plaintiff and payment of the $250.00 admission fee on behalf of the Applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Robert P. Haney, Jr. be admitted to practice *pro hac vice* before this Court in order to represent Plaintiff LendingTree, LLC in the above-captioned matter.

Signed: August 31, 2009

Robert J. Conrad, Jr.
Chief United States District Judge